UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER TANNER,<br><br>                            Plaintiff,<br><br>-against-<br><br>MTA LONG ISLAND RAILROAD/DBA METROPOLITAN TRANSPORTATION AUTHORITY; LISA MARTINEZ; WILLIE JENKINS; KEVIN MCCAFFREY; KATHLEEN MEILICK,<br><br>                            Defendants. | 22-CV-9831<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 23, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 23, 2023
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                  Chief United States District Judge